# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:16-cr-110 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| MITCHELL ERVIN WILSON | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

On May 17, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation, recommending that: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain free on bond under the conditions set forth in the Order Setting Conditions of Release (Doc. 8) pending sentencing or further order of the Court. (Doc. 25.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore **ORDERED:**

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN FREE ON BOND** under the conditions set forth in the Order Setting Conditions of Release (Doc. 8) pending sentencing on **August 25, 2017, at 9:00 a.m.**

ENTER.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**